1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 | PHILIP GUENTERT (CABN 147374)
Acting Chief, Criminal Division

4 | ERIN A. CORNELL (CABN 227135)
Special Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340S
Oakland, California 94612

7 | Telephone: (510) 637-3680
Facsimile: (510) 637-3724
erin.cornell@usdoj.gov

8

Attorneys for United States of America

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,          )   CR 15-00545 YGR
                                        )
14 |       Plaintiff,                   )   STIPULATION AND [PROPOSED] ORDER
                                        )   CONTINUING AUGUST 18, 2016
15 |    v.                              )   ARRAIGNMENT ON SUPERSEDING
                                        )   INDICTMENT
16 | KEITH HOPKINS,                     )
                                        )
17 |       Defendant.                   )
                                        )

18

19 | **STIPULATION**

20 | IT IS HEREBY STIPULATED by and between the parties to this action that the arraignment on

21 | the superseding indictment currently set for August 18, 2016 at 9:30 a.m. may be continued to August

22 | 24, 2016 at 9:30 a.m.  The reason for this request is that the defendant was scheduled to appear for the

23 | arraignment on August 18, 2016 but due to a scheduling mix up, the Marshals were not able to transport

24 | him to the courthouse in time.

25 | Accordingly, the parties respectfully request that the Court continue the arraignment on the

26 | superseding indictment to August 24, 2016 at 9:30 a.m.

27

28 | DATED: August 18, 2016

STIPULATION AND [PROPOSED] ORDER CONTINUING ARRAIGNMENT
CR 15-00545 YGR

/s/ *Ned Smock*
NED SMOCK
Attorney for Defendant
KEITH HOPKINS

DATED: August 18, 2016                    BRIAN J. STRETCH
                                          United States Attorney

/s/ *Erin A. Cornell*
ERIN A. CORNELL
Special Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the arraignment on the superseding indictment for Keith Hopkins, currently scheduled for August 18, 2016 at 9:30 a.m. is continued to August 24, 2016 at 9:30 a.m.

DATED: 8/19/16

HONORABLE KANDIS A WESTMORE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING ARRAIGNMENT
CR 15-00545 YGR