# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>vs.<br>**KEITH HOPKINS,**<br>Defendant. | CASE NO. 15-cr-00545-YGR<br><br>**ORDER RE: MOTION TO REMOVE ORDER FROM DOCKET**<br>Re: Dkt. No. 88 |

The Court is in receipt of defendant Keith Hopkin's letter regarding his prior motion to remove from public viewing on the docket the Ninth Circuit's July 12, 2017 memorandum in Case No. 16-10420. (Dkt. Nos. 85, 88.) The Court previously issued an order granting defendant's motion to remove the Ninth Circuit's order from the docket and instructed the clerk as such. (Dkt. No. 86.) Defendant now asserts that the Ninth Circuit's order is still available on Lexis for public viewing. (Dkt. No. 88.)

Defendant is advised that this Court only has control over its own docket. It does not have authority over publication of the Ninth Circuit's opinion on the third-party website. As such, defendant should address this issue with the Ninth Circuit as needed.

**IT IS SO ORDERED.**

Dated: June 17, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**